FILED

DEC 2 9 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DONNIE SCOTT, )<br><br> Petitioner, )<br><br> v. )<br><br> BEN CURRY, Warden, )<br><br> Respondent. ) | Case No.  EDCV 09-0630-AG (MLG)<br><br> ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed, as well as the orders of the Magistrate Judge denying Petitioner's motion for discovery and motion for evidentiary hearing. The Court accepts and adopts the findings in the Report and Recommendation and the preliminary orders, and directs that judgment be entered denying the petition with prejudice.

Dated:  Dec 29, 2009

_____
Andrew J. Guilford
United States District Judge